### CITY OF NEW ORLEANS *v.* CORDEVIOLLE & LACROIX.

The principle laid down in the case of *Municipality No.* 1 v. *Wheeler & Blake,* 10 An. 745, that an *ex post facto* law, which has no relation to crimes and penalties, and does not impair the obligations of contracts nor tend to divest vested rights, is not unconstitutional, reaffirmed

APPEAL from the Fourth District Court of New Orleans, *Price,* J.

*Hunt & Denegre* and *Parker & Denis,* for plaintiff.    *Collens & Wooldridge,* for defendants and appellants.

COLE, J.   This suit is to recover of defendants $120 for taxes on the capital employed in trade by them for the year 1848, imposed under an ordinance of Municipality No. 1, approved March 19, 1850.

This case is identical with that of *Municipality No.* 1 v. *Wheeler & Blake,* reported in 10 An. p. 745.

The constitutionality and legality of the law and ordinance imposing the tax, were fully discussed and determined in that case.

We cannot notice the other matters of defence urged by the appellants, as the amount in dispute is less than three hundred dollars.

It is, therefore, ordered, adjudged and decreed, that the judgment be affirmed with costs.

BUCHANAN, J., took no part in this decision.